# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-2649

_____

Zhong Qin Zheng

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: March 18, 2013
Filed: April 5, 2013
[Unpublished]

_____

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Zhong Quin Zheng, a native and citizen of China, petitions for review of an order of the Board of Immigration Appeals (BIA) denying his motion to reopen removal proceedings. After careful review, we conclude that the BIA acted within its discretion. See Averianova v. Holder, 592 F.3d 931, 936 (8th Cir. 2010). Accordingly, we deny the petition for review. See 8th Cir. R. 47B.

_____